Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

__Middle__ District of __Florida__

__Ocala__ Division

Pierre Terron Watson

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Bureau of Prisons Southeast Regional Director

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 5:24-Cv-244 MSS PRL

*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Pierre Terron Watson |
| All other names by which you have been known: | |
| ID Number | 35815-044 |
| Current Institution | USP Florence |
| Address | P.O. Box 7000 |
| | Florence           Col        81226-7000 |
| | *City*              *State*        *Zip Code* |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | First Name Unknown  Last Name Unknown |
| Job or Title *(if known)* | Southeast Regional Director |
| Shield Number | |
| Employer | Bureau of Prisons |
| Address | 3800 North Camp Creek S.W. Building 2000 |
| | Atlanta           GA      30331 |
| | *City*              *State*      *Zip Code* |

[X] Individual capacity  [ ] Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | First Name Unknown Last Name Unknown |
| Job or Title *(if known)* | Southeast Regional Office Legal Counsel |
| Shield Number | |
| Employer | Bureau of Prisons |
| Address | 3800 North Camp Creek Parkway S.W. Bldg 2000 |
| | Atlanta           GA      30331 |
| | *City*              *State*      *Zip Code* |

[x] Individual capacity  [x] Official capacity

## <u>ADDITIONAL</u>             <u>DEFENDANT'S</u>

Defendant No. 5
Name              First Name Unknown Last Name Whipple
Job or Title      Case Manager
Employer          Bureau of Prisons/Coleman FCI
Address           846 Northeast 54th Terrace
                  Coleman , Florida 33521
                  Individual capacity
                  Official capacity


Defendant No. 6
Name              S. Jones
Job or Title      Counselor
Employer          Bureau of Prisons/Coleman FCI
Address           846 Northeast 54th Terrace
                  Coleman, Florida 33521
                  Individual capacity
                  Official capacity

Defendant No. 7
Name              A. Rich
Job or Title      Disciplinary Hearing Officer
Employer          Bureau of Prisons/Southeast Regional Office
Address           3800 North Camp Creek Parkway Southwest
                  Building 2000
                  Atlanta , GA 30331
                  Individual capacity
                  Official capacity


All additional defendant's are being sued in both capacities.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name                      S. Salem

Job or Title *(if known)*   Warden

Shield Number

Employer                  Bureau of Prisons/Coleman FCI

Address                   846 Northeast 54th Terrace

Coleman          Florida      33521
| City | State | Zip Code |

[X] Individual capacity    [X] Official capacity

Defendant No. 4

Name                      G. Lee

Job or Title *(if known)*   Unit Manager

Shield Number

Employer                  Bureau of Prisons/Coleman FCI

Address                   846 Northeast 54th Terrace

Coleman          Florida      33521
| City | State | Zip Code |

[X] Individual capacity    [X] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

[X] Federal officials (a *Bivens* claim)         This Court also has Jurisdiction under 28 USCS § 1346 and 2671 (Federal Tort Claim Act)

[ ] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? Plaintiff's Fourth, Fifth, Eighth, and Fourteenth amendments were violated.

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

☐   Convicted and sentenced state prisoner

☒   Convicted and sentenced federal prisoner

☐   Other *(explain)*

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

<u>See Memorandum In Support  In Attachment A</u>

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

<u>See Memorandum In Support  In Attachment A</u>

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

**See Memorandum In Support In Attachment A**

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

**See Memorandum In Support In Attachment A**

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

**See Memorandum In Support In Attachment A**

## VII.  Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

```
Coleman Federal Correctional Complex
Coleman-Medium Federal Prison
```

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

```
All of the claims disclosed in the memorandum in support.
```

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

[x] Yes

[ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

[ ] Yes

[ ] No

E.   If you did file a grievance:

1. Where did you file the grievance?

   **Coleman FCI, USP Hazelton, and USP Beaumont.**

2. What did you claim in your grievance?

   **<u>See Memorandum In Support In Attachment B</u>**

3. What was the result, if any?

   **rejected or denied**

4. What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

   **<u>Yes, See Memorandum In Support In Attachment B</u>**

F.    If you did not file a grievance:

     1.    If there are any reasons why you did not file a grievance, state them here:

     2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
      Plaintiff(s)
      Defendant(s)  Crawford County Sheriff's dept

2.    Court *(if federal court, name the district; if state court, name the county and State)*
      United States District Court Eastern District of Missouri

3.    Docket or index number
      4:18CV764-AGF

4.    Name of Judge assigned to your case
      Audrey G. Fleissig

5.    Approximate date of filing lawsuit
      May 2018

6.    Is the case still pending?

☐ Yes

☒ No

If no, give the approximate date of disposition.    March 1, 2022

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* Dismissed, Yes

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? No

☐ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
      Plaintiff(s) _____
      Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

      _____

3.    Docket or index number

      _____

4.    Name of Judge assigned to your case

      _____

5.    Approximate date of filing lawsuit

      _____

6.    Is the case still pending?

      ☐ Yes

      ☐ No

      If no, give the approximate date of disposition _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

      _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     **April 22, 2024**

| | |
|---|---|
| Signature of Plaintiff | |
| Printed Name of Plaintiff | **Pierre Terron Watson** |
| Prison Identification # | **35815-044** |
| Prison Address | **P.O. Box 7000** |
| | **Florence** **Col** **81226** |
| | *City* *State* *Zip Code* |

### B.     For Attorneys

Date of signing:

| | |
|---|---|
| Signature of Attorney | |
| Printed Name of Attorney | |
| Bar Number | |
| Name of Law Firm | |
| Address | |
| | *City* *State* *Zip Code* |
| Telephone Number | |
| E-mail Address | |

Mr. Pierre Watson Reg#35815-044
USP Florence
P.O. Box 7000
Florence, Col 81226-7000

SCREENED
By USMS

United States District Court
Office of The Clerk
207 Northwest 2nd Street
Suite 337
Ocala, Florida 34475

U.S. OFFICIAL MAIL
US POSTAGE PITNEY BOWES

PENALTY FOR
PRIVATE USE $300

Correction

ZIP 81226          $ 000.00¹
02 7H
0005951581        APR 19 2024



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

9589 0710 5270 0753 5246 45

Legal Mail

Legal Mail
Do Not Open



FEDERAL PRISON CAMP
P.O. BOX 5000
FLORENCE, COLORADO 81226

APR 2 3 2024

DATE: _____
"SPECIAL/LEGAL MAIL"
The enclosed letter was processed through special mailing
procedures for forwarding to you. The letter has neither
been opened nor inspected. If the writer raises a question
or problem over which this facility has jurisdiction, you may
* to return the material for further information or clarification.
If the writer encloses correspondence for forwarding to another
addressee, please return the enclosed to the above address.